UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 24-24112-CIV-MORENO

JAMES WATSON,

      Plaintiff,

vs.

GARCIA & SANCHEZ-GARCIA, D.M.D.,
P.A., d/b/a MIAMI DESIGNER SMILES,

      Defendant.
_____/

## FINAL DISMISSAL

THIS MATTER is before the Court upon the parties' Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice (**D.E. 11**), filed on **December 11, 2024**.

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises. It is **ADJUDGED** as follows:

1. The Court finds the Consent Decree to be fundamentally fair, adequate, and reasonable to improve and provide access for persons with disabilities at the property at issue, and to otherwise meet the purpose of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq.*
2. The Joint Motion for Approval and Entry of Consent Decree and to Dismiss Action with Prejudice is **GRANTED**.
3. The Court **APPROVES and ADOPTS** the Consent Decree, and pursuant to Fed. R. Civ. Pro. 54, the Consent Decree is hereby **ENTERED**, and this action is **DISMISSED WITH PREJUDICE**.
4. The Parties shall be bound by the provisions of the Consent Decree.
5. The Court shall retain jurisdiction for six months to enforce the terms of the Consent Decree.
6. All pending motions are **DENIED** as **MOOT** with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th of ~~September~~ December, 2015.

*/s/ Federico A. Moreno*
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record